UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL FRIEDMANN, | CASE NO. C25-5070JLR |
| Plaintiff, | ORDER |
| v. | |
| BERKSHIRE HATHAWAY GROUP, et al., | |
| Defendants. | |

Before the court is *pro se* Plaintiff Michael Friedmann's motion to dismiss, which the court construes as a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Mot. (Dkt. # 12).) Rule 41(a)(1)(A)(i) empowers a plaintiff to voluntarily "dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party files either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Here, neither Defendant has appeared in this action, let alone filed an answer or a motion for summary judgment.

ORDER - 1

1  (*See generally* Dkt.)  Therefore, Mr. Friedmann may voluntarily dismiss this action
2  without a court order.  Accordingly, this action is DISMISSED without prejudice, and the
3  Clerk is DIRECTED to close this matter.
4      Dated this 1st day of April, 2025.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2